UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE AGUSTIN ORTEGA EUSTATE, JULIO CESAR LARA, and VICTOR CASTILLO HIDALGO, *individually and on behalf of others similarly situated,*<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　　　　　　-against-<br><br>AMENDOLA PIZZA TRATTORIA INC. (D/B/A AMENDOLA PIZZA), AMENDOLA'S PIZZARIA, INC. (D/B/A AMENDOLA PIZZA), MATTEO AMENDOLA, MATTHEW AMENDOLA, and SEVERIO AMENDOLA,<br><br>　　　　　　　　　　*Defendants.* | 18-cv-1142<br><br>**ORDER** |

GEORGE B. DANIELS, District Judge:

　　The parties have reached a proposed settlement in this Fair Labor Standards Act case and have submitted the agreement for approval by the Court. *See Cheeks v. Freeport Pancake House, Inc.,* 796 F. 3rd 199, 206 (2d Cir. 2015). Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is approved. Accordingly, this action is DISMISSED with prejudice.

Dated:
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE B. DANIELS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge