UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE AGUSTIN ORTEGA EUSTATE, JULIO CESAR LARA, and VICTOR CASTILLO HIDALGO, *individually and on behalf of others similarly situated*,

                *Plaintiffs*,

-against-

AMENDOLA PIZZA TRATTORIA INC. (D/B/A AMENDOLA PIZZA), AMENDOLA'S PIZZARIA, INC. (D/B/A AMENDOLA PIZZA), MATTEO AMENDOLA, MATTHEW AMENDOLA, and SEVERIO AMENDOLA,

                *Defendants*.

18-cv-1142

**ORDER**

GEORGE B. DANIELS, District Judge:

The parties have reached a proposed settlement in this Fair Labor Standards Act case and have submitted the agreement for approval by the Court. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3rd 199, 206 (2d Cir. 2015). Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is approved. Accordingly, this action is DISMISSED with prejudice.

Dated: SEP 27 2018
New York, New York

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge